## HART v. TIBBETTS.

### No. 9625; November 5, 1883.

**Appeal.**—With an Unauthenticated Statement of a Motion for a new trial and with no point made on the judgment-roll there is nothing before the court.

By the COURT.—The statement on motion for a new trial is not authenticated in any way, and no point is made on the judgment-roll. There is, therefore, no point presented that we can consider.

Judgment and order affirmed.